NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 10a0016n.06

No. 08-4595

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
**Jan 08, 2010**
LEONARD GREEN, Clerk

CLARENCE BOGAN, III,                                )
                                                    )
    Plaintiff-Appellant,                        )    ON APPEAL FROM THE
                                                    )    UNITED STATES DISTRICT
    v.                                          )    COURT FOR THE NORTHERN
                                                    )    DISTRICT OF OHIO
KEVIN MCDONOUGH, et al.,                            )
                                                    )
    Defendants-Appellees.                       )
                                                    )

BEFORE:  MERRITT, GIBBONS, and ROGERS, Circuit Judges.

ROGERS, Circuit Judge.  In this appeal, Plaintiff Clarence Bogan, III challenges the district court's dismissal of his civil rights complaint under 28 U.S.C. § 1915(e).  On September 28, 2009, after the appeal was docketed, Bogan moved to dismiss his appeal.  Accordingly, the court grants Bogan's motion to dismiss the appeal.